

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**Cindy Stadtmiller**,
   Plaintiff

vs                                    Case No. 1:05-cv-532-TSH
                                      (Hogan, M.J.)

**The Health Alliance of Greater
Cincinnati, Inc.**,
   Defendant

## SPECIAL INTERROGATORIES

The following question are to be resolved by a unanimous vote of the jury:

1. Did plaintiff prove by a preponderance of the evidence that defendant interfered with plaintiff's FMLA rights?

YES _____                           NO ___✓_____

If your answer to Question 1 is "Yes," proceed to Question 2. If your answer to Question 1 is "No," stop here and sign the verdict form.

35

2. Did defendant prove by a preponderance of the evidence that it would have made the same decision to terminate plaintiff's employment even if it had not considered her February 4, 5, and 6, 2005 absences?

YES _____ NO _____

If your answer to Question 2 is "Yes", stop here and sign the verdict form. If your answer to Question 2 is "No," proceed to question 3.

3. What amount of back pay damages, if any, do you award?

   $_____

Answer Question 4.

4. Did defendant prove by a preponderance of the evidence that it acted in good faith and with reasonable grounds for believing that it was not in violation of the FMLA?

YES _____ NO _____

## ALL JURORS MUST SIGN THE VERDICT:

__s/Juror # 7_____

__s/Juror #3_____

__s/Juror #6_____

__s/Juror #2_____

__s/Juror #8_____

__s/Juror #5_____

__s/Juror #4_____

Foreperson: _s/Juror #1_____

Date:           __2/14/2007_____